**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. Jerold Edward Knoll
The Knoll Law Firm
P. O. Box 426
Marksville La 71351

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00429-WCA**

**JANET C. LEMOINE**
**VERSUS**
**TOWN OF SIMMESPORT**

**Appealed from Office of Workers' Compensation - # 2 Case No. 06-08811**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Sylvia R. Cooks**
> **Hon. Michael G. Sullivan**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Janet C. Lemoine** has this day been

> **DENIED.**
> Cooks, J., would grant.

cc: Mark D. Boyer, Counsel for the Appellee
    Joseph B. Stamey, Counsel for the Appellee